1  MIRA HASHMALL (State Bar No. 216842)
2  mhashmall@millerbarondess.com
   JEFFERY B. WHITE (State Bar No. 291086)
3  jwhite@millerbarondess.com
   MILLER BARONDESS, LLP
4  2121 Avenue of the Stars, Suite 2600
   Los Angeles, California 90067
5  Telephone: (310) 552-4400
   Facsimile: (310) 552-8400
6
7  Attorneys for Defendant
   COUNTY OF SAN BERNARDINO
8
9
10              **UNITED STATES DISTRICT COURT**
11      **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**
12

13  CECILY FERNANDEZ, and          **CASE NO. 5:20-cv-01555-JGB-KK**
    KENYADA WAGONER, individually
14  and on behalf of all others similarly   **JOINT NOTICE OF SETTLEMENT**
    situated,
15                                  Assigned to the Hon. Jesus G. Bernal
                  Plaintiffs,       and Magistrate Judge Kenly Kiya Kato
16
          v.
17
18  COUNTY OF SAN BERNARDINO,
    et al.,
19
20                Defendants.
21
22
23
24
25
26
27
28

661839.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400  FAX (310) 552-8400

1 **TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that Plaintiffs Cecily Fernandez and Kenyada

3 Wagoner, individually and on behalf of all others similarly situated ("Plaintiffs")

4 and Defendant County of San Bernardino ("County") (together, the "Parties"),

5 hereby jointly give notice pursuant to Local Rule 16-15.7 and Local Rule 40-2 that

6 Plaintiffs and the County have reached an agreement to settle this case.

7     The Parties are in the process of drafting and signing appropriate settlement

8 agreements and documents.  This settlement also requires review and approval by

9 the County's Board of Supervisors.

10     After approval by the Board of Supervisors, the settlement will be submitted

11 to the Court for approval.  *See*, *e.g.*, *In re City of Redondo Beach*, 2021 WL

12 1010631, at *1 (C.D. Cal. Mar. 16, 2021) (requiring court approval of FLSA

13 settlements).  After Court approval and payment of the settlement funds, the Parties

14 will file a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil

15 Procedure 41(a)(1)(A)(ii).

16     The Parties jointly request that the current dates set in the case be vacated and

17 that the Court set an Order to Show Cause Regarding Settlement approximately

18 three months in the future.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600  Los Angeles, California 90067
Tel: (310) 552-4400   Fax: (310) 552-8400

661839.1

2

1    DATED:  February 8, 2024            MILLER BARONDESS, LLP

2

3                                        By: _____

4                                            MIRA HASHMALL
                                             Attorneys for Defendant
5                                            COUNTY OF SAN BERNARDINO

6

7    DATED:  February 8, 2024            CUTTER LAW P.C.

8

9                                        By: ___/s/ Celine E. Cutter_____

10                                           C. BROOKS CUTTER
                                             CELINE E. CUTTER
11                                           Attorneys for Plaintiffs
                                             CECILY FERNANDEZ and
12                                           KENYADA WAGONER, individually
                                             and on behalf of all others similarly
13                                           situated

14                                           MEGAN A. RICHMOND
15                                           MEGAN A. RICHMOND, APC
                                             Attorneys for Plaintiffs
16                                           CECILY FERNANDEZ and
17                                           KENYADA WAGONER, individually
                                             and on behalf of all others similarly
18                                           situated

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

661839.1

JOINT NOTICE OF SETTLEMENT

1

**SIGNATURE ATTESTATION**

2          The other signatories listed, and on whose behalf the filing is submitted,

3   concur in the filing's content and have authorized the filing.

4

5   DATED:  February 8, 2024          MILLER BARONDESS, LLP

6

7                                      By: _____

8                                          MIRA HASHMALL
                                           Attorneys for Defendant
9                                          COUNTY OF SAN BERNARDINO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400