# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CECILY FERNANDEZ and KENYADA WAGONER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>COUNTY OF SAN BERNARDINO, a legal subdivision of the State of California, and DOES 1–10, inclusive.<br><br>Defendants. | CASE NO. 5:20-cv-01555-JGB-KK<br><br>**ORDER RE JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE** (Dkt. No. 51) |

## ORDER

The Court has carefully reviewed the Settlement Agreement and the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice, together with the relevant Declarations and Exhibits. Based upon a review of the record, the representations of the parties, and good cause appearing, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute that was extensively litigated by the parties. Gant v. ALDI, Inc., 2021 WL 4050936, at *6 (C.D. Cal. Aug. 25, 2021). **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Based upon a review of the record, and good cause appearing, the Court **GRANTS** the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice;

2. The Settlement Agreement submitted to the Court as Exhibit 1 to the Declaration of Celine E. Cutter, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, including the award of attorneys' fees and costs, <u>Gant</u>, 2021 WL 4050936, at *7;

3. Plaintiffs and Defendant (collectively "Parties") shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

4. The Court has made no findings or determinations regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Motion for Approval of Settlement Agreement shall constitute evidence of, or any admission of, any violation of law;

5. The Court reserves jurisdiction over the above-captioned matter for the purposes of enforcing the Settlement Agreement only; and

6. This action, <u>Fernandez, et al., v. County of San Bernardino</u> (Case No. 5:20-cv-01555-JGB-KK), and the individual actions filed by the individual Plaintiffs listed and identified in Exhibit 1 to the Declaration of Celine E. Cutter are dismissed **WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: June 20, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE